| | | |
|---|---|---|
| ANGELIQUE LAMBERTI-CLARK, TRUSTEE | The Honorable: | GREGG W. ZIVE |
| P O Box 50070 | Chapter 7 | |
| SPARKS, NV  89435 | Location: | 300 Booth St., Reno, NV-5th Floor |
| (775) 626-7083 | Hearing Date: | / / |
| Chapter 7 Trustee | Hearing Time: | |
| | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: JENSEN, MANDIE LANAE    § Case No. 10-53060-GWZ
                               §
                               §
Debtor(s)                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 30, 2010. The undersigned trustee was appointed on July 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $        25,341.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 25,341.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/31/2013 and the deadline for filing governmental claims was / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,284.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,284.10, for a total compensation of $3,284.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $132.50, for total expenses of $132.50.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2013            By: /s/ANGELIQUE LAMBERTI -CLARK, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-53060-GWZ  
**Case Name:** JENSEN, MANDIE LANAE  

**Trustee:** (480200) ANGELIQUE LAMBERTI -CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 08/26/10  

**Period Ending:** 06/27/13  
**Claims Bar Date:** 01/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---:|---:|---|---:|---:|
| 1 | 2737 DOME COURT, SPARKS, NV 89436 4 BDRM, 3 BATH<br>  Orig. Asset Memo: Orig. Description: 2737 DOME COURT, SPARKS, NV 89436 4 BDRM, 3 BATH, 2981 SQ FT; Imported from original petition Doc# 1 | 251,690.00 | 0.00 | | 0.00 | FA |
| 2 | 1295 BERNWOOD CT, RENO, NV 89521<br>  Orig. Asset Memo: Orig. Description: 1295 BERNWOOD CT, RENO, NV 89521; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 555 E PATRIOT WAY #170, RENO, NV 89511<br>  Orig. Asset Memo: Orig. Description: 555 E PATRIOT WAY #170, RENO, NV 89511; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 2747 DOME COURT, SPARKS, NV 89436 4 BDRM, 3 BATH<br>  Orig. Asset Memo: Orig. Description: 2747 DOME COURT, SPARKS, NV 89436 4 BDRM, 3 BATH, 2981 SQ FT; Imported from original petition Doc# 1 | 249,053.00 | 0.00 | | 0.00 | FA |
| 5 | CASH ON HAND<br>  Orig. Asset Memo: Orig. Description: CASH ON HAND; Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | FRONTIER FINANCIAL CHECKING ACCOUNT #XXXX0004 SO<br>  Orig. Asset Memo: Orig. Description: FRONTIER FINANCIAL CHECKING ACCOUNT #XXXX0004 SOURCE OF MONIES; DEBTOR'S INCOME; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | US BANK CHECKING ACCOUNT #XXXX8972 SOURCE OF MON<br>  Orig. Asset Memo: Orig. Description: US BANK CHECKING ACCOUNT #XXXX8972 SOURCE OF MONIES; DEBTOR'S INCOME; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | HOUSEHOLD GOOD, FURNITURE, CLOTHES, ELECTRONICS | 3,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-53060-GWZ  **Trustee:** (480200)  ANGELIQUE LAMBERTI-CLARK, TRUSTEE
**Case Name:** JENSEN, MANDIE LANAE  **Filed (f) or Converted (c):** 07/30/10 (f)
 **§341(a) Meeting Date:** 08/26/10
**Period Ending:** 06/27/13  **Claims Bar Date:** 01/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Orig. Asset Memo: Orig. Description: Household good, furniture, clothes, electronics etc.; Imported from original petition Doc# 1 | | | | | |
| 9 | HOUSEHOLD FURNITURE PURCHASES THROUGH RC WILLEY<br>   Orig. Asset Memo: Orig. Description: HOUSEHOLD FURNITURE PURCHASES THROUGH RC WILLEY; Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 10 | GUN<br>   Orig. Asset Memo: Orig. Description: GUN; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 11 | AMERICAN FUNDS IRA ACCOUNT<br>   Orig. Asset Memo: Orig. Description: AMERICAN FUNDS IRA ACCOUNT; Imported from original petition Doc# 1 | 1,277.28 | 0.00 | | 0.00 | FA |
| 12 | 2008 BMW 535XI MILEAGE: 25000<br>   Orig. Asset Memo: Orig. Description: 2008 BMW 535xi MILEAGE: 25000; Imported from original petition Doc# 1 | 33,240.00 | 0.00 | | 0.00 | FA |
| 13 | SALE OF MAYFAIR PROPERTIES LLC  (u)<br>   Debtor has send docs showing that she has no interest in Mayfair as noted on tax return. If not, tax return should be modified to reflect a refund. | 25,341.00 | 25,341.00 | | 25,341.00 | FA |
| 13   Assets   Totals (Excluding unknown values) | $566,421.28 | $25,341.00 | | $25,341.00 | $0.00 |

**Major Activities Affecting Case Closing:**

   Debtor Call 12-15-12 could not understand our concerns, said she gave all docs to counsel.  Explained that she claimed a cap gain and paid taxes on the sale of Mayfair stock. If she truely owned no interest , then amend the taxes and send the refund. If she did own and sell stock it is a post petition transfer and the funds should have been paid to the estate. gaver her until 1-15 to provide proof as to her statement.
   Trustee found sale of property on taxes with gain of $25k, Debtor then amended taxes to remove gain. Trustee requested IRS notice of receipt of amended 1040 and who is now claiming the gain? - nothing received as of 10/29/12 - motion to compel to be filed.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-53060-GWZ  
**Case Name:** JENSEN, MANDIE LANAE  

**Trustee:** (480200)   ANGELIQUE LAMBERTI -CLARK, TRUSTEE  
**Filed (f) or Converted (c):** 07/30/10 (f)  
**§341(a) Meeting Date:** 08/26/10  

**Period Ending:** 06/27/13  
**Claims Bar Date:** 01/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    January 1, 2011        **Current Projected Date Of Final Report (TFR):**    June 27, 2013

Printed: 06/27/2013 10:55 AM     V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| Case Number: | 10-53060-GWZ | | Trustee: | ANGELIQUE LAMBERTI -CLARK, TRUSTEE (480200) |
| Case Name: | JENSEN, MANDIE LANAE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****857366 - Checking Account |
| Taxpayer ID #: | **-***8009 | | Blanket Bond: | $62,879,123.00  (per case limit) |
| Period Ending: | 06/27/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/24/13 | {13} | JENSEN, MANDIE | REGULAR DEPOSIT | 1229-000 | 25,341.00 | | 25,341.00 |
| | | | ACCOUNT TOTALS | | 25,341.00 | 0.00 | $25,341.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 25,341.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,341.00 | $0.00 | |

Net Receipts :   25,341.00

Net Estate :   $25,341.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****857366 | 25,341.00 | 0.00 | 25,341.00 |
| | $25,341.00 | $0.00 | $25,341.00 |

{} Asset reference(s)

| Printed: 06/27/13 10:55 AM | **Claims Distribution Register** | Page: 1 |

### Case: 10-53060-GWZ   JENSEN, MANDIE LANAE

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 07/30/10 | 200 | ANGELIQUE LAMBERTI -CLARK, TRUSTEE<br>P O Box 50070<br>SPARKS, NV 89435<br>&lt;2100-00   Trustee Compensation&gt; | 3,284.10 | 3,284.10 | 0.00 | 3,284.10 | 3,284.10 |
| | 07/30/10 | 200 | ANGELIQUE LAMBERTI -CLARK, TRUSTEE<br>P O Box 50070<br>SPARKS, NV 89435<br>&lt;2200-00   Trustee Expenses&gt; | 132.50 | 132.50 | 0.00 | 132.50 | 132.50 |
| | | | **Total for Priority 200:    100% Paid** | **$3,416.60** | **$3,416.60** | **$0.00** | **$3,416.60** | **$3,416.60** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,416.60** | **$3,416.60** | **$0.00** | **$3,416.60** | **$3,416.60** |
| **Unsecured Claims:** | | | | | | | | |
| 1 -1 | 10/18/10 | 610 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>CITIBANK, NA,C/O RESURGENT CAPITAL SERVICES,PO BOX 19008<br>GREENVILLE, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Citibank, NA<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------------------------<br>History: Details1-110/18/2010Claim #1 filed by PYOD LLC its successors and assigns as assignee of, Amount claimed: $5265.21 (RESURGENT CAPITAL SERVICES (sg))<br>--------------------------------------------------------------------------------* * * | 5,265.21 | 5,265.21 | 0.00 | 5,265.21 | 2,647.90 |
| 2 -1 | 11/04/10 | 610 | WELLS FARGO BANK<br>OVERDRAFT RECOVERY PAYMENT PRO. DEPT.<br>A0143-042,P.O. BOX 63491<br>SAN FRANCISCO, CA 94163<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Overdraft Recovery Payment Pro. Dept.<br>A0143-042,P.O. Box 63491<br>San Francisco, CA 94163<br>--------------------------------------------------------------------------------<br>History: Details2-111/04/2010Claim #2 filed by Wells Fargo Bank, Amount claimed: $129.99 (WELLS FARGO BANK (or))<br>--------------------------------------------------------------------------------* * * | 129.99 | 129.99 | 0.00 | 129.99 | 65.37 |
| 3 -1 | 04/19/11 | 610 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 193550701<br>-------------------------------------------------------------------------------- | 8,936.40 | 8,936.40 | 0.00 | 8,936.40 | 4,494.16 |

Printed: 06/27/13 10:55 AM  **Claims Distribution Register**  Page: 2

**Case:  10-53060-GWZ    JENSEN, MANDIE LANAE**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | | History: Details3-104/19/2011Claim #3 filed by AMERICAN EXPRESS BANK FSB, Amount claimed: $8936.40 (LEE, THOMAS ) | | | | | |
| | | | -------------------------------------------------------------------------* * * | | | | | |
| 4 -1 | 06/20/12 | 610 | CAPITAL ONE NA<br>BASS AND ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)><br>BASS AND ASSOCIATES PC<br>3936 E FT LOWELL ROAD SUITE 200<br>TUCSON, AZ 85712<br>-------------------------------------------------------------------------<br>History: Details4-106/20/2012Claim #4 filed by CAPITAL ONE NA, Amount claimed: $3665.30 (BASS (all), PATTI )<br>-------------------------------------------------------------------------* * * | 3,665.30 | 3,665.30 | 0.00 | 3,665.30 | 1,843.30 |
| 5 -1 | 11/07/12 | 610 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)><br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 430543025<br>-------------------------------------------------------------------------<br>History: Details5-111/07/2012Claim #5 filed by Discover Bank, Amount claimed: $10452.49 (DISCOVER BANK / DB SERVICING CORPORATION (all))<br>-------------------------------------------------------------------------* * * | 10,452.49 | 10,452.49 | 0.00 | 10,452.49 | 5,256.61 |
| 6 -1 | 11/08/12 | 610 | RC WILLEY FINANCIAL SERVICES<br>PO BOX 65320<br>SALT LAKE CITY, UT 84165-0320<br><7100-00   General Unsecured § 726(a)(2)><br>PO Box 65320<br>Salt Lake City, UT 841650320<br>-------------------------------------------------------------------------<br>History: Details6-111/08/2012Claim #6 filed by RC Willey Financial Services, Amount claimed: $2113.05 (R.C. WILLEY INC. (ks))<br>-------------------------------------------------------------------------* * * | 2,113.05 | 2,113.05 | 0.00 | 2,113.05 | 1,062.66 |
| 7 -1 | 11/13/12 | 610 | WELLS FARGO CARD SERVICES<br>1 HOME CAMPUS<br>3RD FLOOR<br>DES MOINES, IA 50328<br><7100-00   General Unsecured § 726(a)(2)><br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328<br>-------------------------------------------------------------------------<br>History: Details7-111/13/2012Claim #7 filed by Wells Fargo Card Services, Amount claimed: $13033.08 (WELLS FARGO CARD SERVICES (tr))<br>-------------------------------------------------------------------------* * * | 13,033.08 | 13,033.08 | 0.00 | 13,033.08 | 6,554.40 |

Printed: 06/27/13 10:55 AM

# Claims Distribution Register

Page: 3

**Case: 10-53060-GWZ    JENSEN, MANDIE LANAE**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| NOTICE-1 | 07/30/10 | 610 | GMAC MORTGAGE<br>C/O PITE DUNCAN<br>701 BRIDGER AVE STE 670<br>LAS VEGAS, NV 89101<br><7100-00   General Unsecured § 726(a)(2)> | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 610:   50.29049% Paid** | $43,595.52 | $43,595.52 | $0.00 | $43,595.52 | $21,924.40 |
| | | | **Total for Unsecured Claims:** | $43,595.52 | $43,595.52 | $0.00 | $43,595.52 | $21,924.40 |
| | | | **Total for Case :** | $47,012.12 | $47,012.12 | $0.00 | $47,012.12 | $25,341.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-53060-GWZ
Case Name: JENSEN, MANDIE LANAE
Trustee Name: ANGELIQUE LAMBERTI-CLARK, TRUSTEE

**Balance on hand:** $ 25,341.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,341.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ANGELIQUE LAMBERTI-CLARK, TRUSTEE | 3,284.10 | 0.00 | 3,284.10 |
| Trustee, Expenses - ANGELIQUE LAMBERTI-CLARK, TRUSTEE | 132.50 | 0.00 | 132.50 |

Total to be paid for chapter 7 administration expenses: $ 3,416.60
Remaining balance: $ 21,924.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,924.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 21,924.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,595.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 50.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF | 5,265.21 | 0.00 | 2,647.90 |
| 2 -1 | WELLS FARGO BANK | 129.99 | 0.00 | 65.37 |
| 3 -1 | AMERICAN EXPRESS BANK FSB | 8,936.40 | 0.00 | 4,494.16 |
| 4 -1 | CAPITAL ONE NA | 3,665.30 | 0.00 | 1,843.30 |
| 5 -1 | DISCOVER BANK | 10,452.49 | 0.00 | 5,256.61 |
| 6 -1 | RC WILLEY FINANCIAL SERVICES | 2,113.05 | 0.00 | 1,062.66 |
| 7 -1 | WELLS FARGO CARD SERVICES | 13,033.08 | 0.00 | 6,554.40 |
| NOTICE-1 | GMAC MORTGAGE | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 21,924.40 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00

Remaining balance: $    0.00

**UST Form 101-7-TFR (05/1/2011)**